**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTWIDE INTERNATIONAL H.K. LIMITED, <br><br> *Plaintiff*, <br><br> -against- <br><br> ANDREW FOSTER and GENESIS 8 HOLDINGS LLC, <br><br> *Defendants*. | Case No. 1:22-cv-06417 |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Webster D. McBride, Esq., hereby state under penalty of perjury as follows:

1.    On December 14, 2023, following the methods prescribed under the Court's March 24, 2023, Order, I emailed a copy of the following documents to Defendant Andrew Foster's email address, drew@gen8holdings.com:

- Plaintiff's First Set of Document Requests to Defendant Andrew Foster [**Exhibit A**]
- Plaintiff's First Set of Document Requests to Defendant and Judgment Debtor Genesis 8 Holdings LLC [**Exhibit B**]
- Notice of Deposition of Andrew Foster [**Exhibit C**]
- Notice of Deposition of Genesis 8 Holdings LLC [**Exhibit D**]
- Notice of Subpoenas to Abraham Foster [**Exhibit E**]

2.    On December 15, 2023, following the methods prescribed under the Court's March 24, 2023, Order, I caused a copy of the following documents to be sent by certified mail, return receipt requested, and simultaneously by ordinary mail, to Defendant Andrew Foster via his father at 68 Tiffany Lane, Willingboro, New Jersey 0804.

- Plaintiff's First Set of Document Requests to Defendant Andrew Foster [**Exhibit A**]
- Notice of Deposition of Andrew Foster [**Exhibit C**]

- Notice of Deposition of Genesis 8 Holdings LLC [**Exhibit D**]
- Notice of Subpoenas to Abraham Foster [**Exhibit E**]

3.      On December 15, 2023, following the methods prescribed under the Court's March 24, 2023, Order, I caused a copy of the following documents to be sent by certified mail, return receipt requested, and simultaneously by ordinary mail, to Defendant Genesis 8 Holdings LLC's principal place of business at 68 Tiffany Lane, Willingboro, New Jersey 0804.

- Plaintiff's First Set of Document Requests to Defendant and Judgment Debtor Genesis 8 Holdings LLC [**Exhibit A**]
- Notice of Deposition of Andrew Foster [**Exhibit C**]
- Notice of Deposition of Genesis 8 Holdings LLC [**Exhibit D**]
- Notice of Subpoenas to Abraham Foster[**Exhibit E**]

4.      As of December 20, 2023, the United States Postal Service's package-tracking system indicated as follows regarding the package of documents sent to Genesis 8 Holdings LLC by certified mail:  "Our systems show that your item was refused by the addressee at 10:04 am on December 18, 2023, in Willingboro, New Jersey 08046 and is being returned."

5.      As of January 10, 2024, the United States Postal Service had returned to my office both packages of documents that had been sent to a Defendant by ordinary mail, each bearing a sticker reading as follows:

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

6.      As of January 19, 2024, the United States Postal Service's package-tracking system indicated as follows regarding the package of documents sent to Andrew Foster via his father, Abraham Foster, by certified mail:  "Our systems show that your item could not be delivered on January 5, 2024, at 10:14 am in Willingboro, New Jersey 08046.  It was held for the required number of days and is being returned."

I state under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2023
       New York New York

_____
       Webster D. McBride, Esq.