**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ARTWIDE INTERNATIONAL H.K. LIMITED, <br><br> *Plaintiff*, <br><br> -against- <br><br> ANDREW FOSTER and GENESIS 8 HOLDINGS LLC, <br><br> *Defendants*. | Case No. 1:22-cv-06417 |

### DECLARATION OF WEBSTER D. MCBRIDE IN SUPPORT OF MOTION FOR CONTEMPT CONFERENCE, FOR SANCTIONS, AND TO COMPEL

I, Webster D. McBride, Esq., hereby state under penalty of perjury as follows:

1.      I am counsel to Plaintiff Artwide International H.K. Limited ("Artwide"), and I submit this declaration in support of Artwide's motion to hold Defendants in contempt of Court.

2.      In December 2023, I caused post-judgment discovery requests and notices of deposition to be served on each Defendant, both via process server and via the methods prescribed by the Court's order permitting alternate service.  (*See* Dkt. Nos. 7, 20, 22, 22-1–22-4.)  Following those methods, I caused two packages of Plaintiff's discovery demands to be sent to each Defendant—one by certified mail, return receipt requested; the other by ordinary mail—for a total of four packages sent to 68 Tiffany Lane, Willingboro, New Jersey 08046.  (*See* Dkt. Nos. 7, 22.)

3.      In December 2023, I caused a subpoena *duces tecum* (Dkt. No. 22-5 at 6–15) to be served on non-party Abraham Foster, Defendant Andrew Foster's father, via process server.  (*See* Dkt. No. 21.)

4.      Defendant Andrew Foster did not appear for his deposition noticed for February 6, 2024, did not produce any documents in response to Plaintiff's discovery requests, did not serve

any objections or responses to those requests, did not communicate with Plaintiff or its counsel in response to those requests, and did not offer any excuse for his noncompliance.

5.     Defendant Genesis 8 Holdings Inc. did not appear for its deposition noticed for February 7, 2024, did not produce any documents in response to Plaintiff's discovery requests, did not serve any objections or responses to those requests, did not communicate with Plaintiff or its counsel in response to those requests, and did not offer any excuse for its noncompliance.

6.     Abraham Foster did not produce any documents in response to Plaintiff's subpoena *duces tecum*, did not serve any objections or responses thereto, did not communicate with Plaintiff or its counsel in response thereto, and did not offer any excuse for his noncompliance.

7.     Each of the four packages of discovery demands mailed to Defendants was returned to my firm's office bearing a sticker indicating that it had been "REFUSED."

8.     In April 2024, Plaintiff provided me with the following screenshots from Mr. Foster's Instagram account:



I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Dated: May 3, 2024
New York, New York

_____
Webster D. McBride

3