UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    Proceeding Date: June 27, 2024

MAGISTRATE JUDGE ELIZABETH A. PASCAL

Court Reporter: ECR

**Title of Case:**                               **Docket:** 1:22-cv-06417-CPO-EAP
ARTWIDE INTERNATIONAL H.K. LIMITED
v.
FOSTER et al

**Appearances:**
Webster D. McBride, Esq. for Plaintiff

**Nature of Proceedings:**
In-person show cause hearing held the record.

**Disposition:**
Defendant did not show for hearing.
An order shall issue.

Time Commenced: 2:25 pm      Time Adjourned: 2:54 pm

Total Time: 29 Minutes

s/ Benjamin Appel
DEPUTY CLERK

Cc: Chambers