**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

---

**ARTWIDE INTERNATIONAL H.K. LIMITED,**

               **Plaintiff,**

     **v.**

**ANDREW FOSTER,**

               **Defendant.**

**Civil No. 22-6417 (CPO/EAP)**

---

## ORDER TO SHOW CAUSE

       This matter having come before the Court on Defendant Andrew Foster's and non-party Abraham Foster's failure to appear at the July 17, 2024 show-cause hearing as ordered by the Court, *see* ECF No. 30; and the Court having conducted a hearing on the record; and for good cause;

       **IT IS** this **27th** day of **June 2024**, hereby **ORDERED**:

       1.     Defendant Andrew Foster and non-party Abraham Foster shall appear **in-person** before the Honorable Elizabeth A. Pascal, United States Magistrate Judge, at the **Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 5C, Camden, New Jersey 08101, on July 30, 2024, at 11:30 a.m.**, at which time they will be required to show cause as to why this Court should not impose sanctions under Federal Rule of Civil Procedure 37, for their failure to respond to Plaintiff's discovery requests and its subpoena *duces tecum*. Plaintiff's counsel is granted leave to attend the hearing by telephone. Failure to appear in response to this Order to Show Cause may result in the imposition of sanctions, up to and including a recommendation for contempt and the entry of a default judgment.

       2.     Plaintiff shall serve a copy of this Order on Andrew Foster by registered or certified mail, return receipt requested, and simultaneously by regular mail, and by email to Mr. Foster's email address, [drew@gen8holdings.com](mailto:drew@gen8holdings.com), for the reasons stated in the Court's March 24, 2023 Order, ECF No. 7. Plaintiff shall file proof of service on the docket.

       3.     Plaintiff shall serve non-party Abraham Foster with a copy of this Order by registered or certified mail, return receipt requested, and simultaneously by regular mail. Plaintiff shall file proof of service on the docket.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.

2