**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

Artwide International H.K. Limited,

*Plaintiff*,

-against-

Andrew Foster and Genesis 8 Holdings LLC,

*Defendants*.

---

Case No. 1:22-cv-06417

## AFFIDAVIT OF SERVICE AND MAILING

I, Maria Angela Brusco, Esq., hereby state under penalty of perjury as follows:

1.      I caused a copy of the Court's June 27, 2024, Order to Show Cause (Dkt. No. 37) to be served on Defendant Andrew Foster by (i) certified mail, return receipt requested on July 1, 2024, (ii) regular mail on July 1, 2024, and (iii) email to drew@gen8holdings.com on July 2, 2024.

2.      On July 1, 2024, I caused a copy of the Order to be served on nonparty Abraham Foster by certified mail, return receipt requested, and simultaneously by regular mail.

3.      On July 1, 2024, I caused July 1, 2024, notices of depositions to be served on Defendants Andrew Foster and Genesis 8 Holdings LLC designating the date and location of their respective depositions by (i) certified mail, return receipt requested on July 1, 2024, (ii) regular mail on July 1, 2024, and (iii) email to drew@gen8holdings.com on July 2, 2024.  (*See* Dkt. No. 38.)  True and correct copies of these notices of deposition are attached as **Exhibits A and B** hereto.

4.      I state under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2024
      New York, New York

                                      Maria Angela Brusco, Esq.

2