**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

ARTWIDE INTERNATIONAL H.K.
LIMITED,

              *Plaintiff*,

       -against-

ANDREW FOSTER and GENESIS 8
HOLDINGS LLC,

              *Defendants*.

Case No. 1:22-cv-06417

---

**DECLARATION OF JEAN-MICHEL MELEMEDJIAN DE RUS**

I, Jean-Michel Melemedjian de Rus, hereby declare under 28 U.S.C. § 1746 as follows:

1.      I am the Director of Plaintiff Artwide International H.K. Limited ("Artwide").

2.      I submit this declaration under the Court's April 3, 2025, Order (ECF 44) directing Artwide to file a letter and supporting certification demonstrating its proposed sanctions and detailing the damages it has incurred in attempting to collect on the outstanding Judgment.

3.      Artwide filed this action on November 2, 2022, seeking to recover funds that Defendants stole in connection with an art transaction.

4.      On November 29, 2023, the Court entered an Order and Judgment (the "Judgment") awarding Artwide $195,467.89 in compensatory damages and prejudgment interest, plus postjudgment interest running from the date of Judgment.

5.      Since entry of the Judgment, Artwide has incurred substantial financial costs attempting to collect on the sum due, including legal fees in connection with (i) post-judgment discovery requests, (ii) affidavits and writs of execution, (iii) a motion for contempt and sanctions,

(iv) counsel's appearance at multiple court conferences; and (v) parallel pending state criminal investigation into Defendants' conduct here:

| Date | Filing |
|---|---|
| January 19, 2024 | Post-Judgment Discovery Requests on Defendants (ECF 20) |
| January 19, 2024 | Post-Judgment Discovery Requests on Abraham Foster (ECF 21) |
| May 3, 2024 | Motion for Contempt and Sanctions (ECF 25–27) |
| July 10, 2024 | Order to Show Cause on Defendants and Abraham Foster (ECF 39) |
| April 3, 2025 | Letter to Court (ECF 43) |
| May 2, 2025 | Letter to Court (ECF 45) |

6. To date, Artwide has paid its counsel here $59,594.12 in legal fees in connection with this matter, as well as an additional $2,783.60 in expenses largely comprising costs of third-party process servers. We have been billed an additional approximately $50,000 in legal fees that we have not yet paid, but intend to pay upon any recovery.

7. To date, Defendant has not paid a single cent of the Judgment and these additional amounts that we have paid as a result of their conduct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 2, 2025
    Sliema, Malta

_____
Jean-Michel Melemedjian de Rus