THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ARTWIDE INTERNATIONAL H.K. LIMITED,<br><br>**Plaintiff,**<br><br>v.<br><br>ANDREW FOSTER, et al.,<br><br>**Defendants.** | Civil No. 22-6417 (CPO/EAP) |

## ORDER

This matter having come before the Court *sua sponte* by way of Plaintiff's May 2, 2025 letter seeking a finding of contempt, ECF No. 45; and the Court having held two on-the-record show-cause hearings on June 27, 2024, and July 30, 2024, ECF Nos. 35, 40; and the Court having directed Defendants and non-party Abraham Foster to file a written response to the March 4, 2025 Order to Show Cause; and Defendants and nonparty Abraham Foster having failed to appear for either hearing or to respond to the March 4, 2025 Order to Show Cause; and the Court having considered the Report and Recommendation of United States Magistrate Judge Elizabeth A. Pascal, submitted pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified of their right to serve objections within fourteen (14) days, pursuant to Federal Rule of Civil Procedure 72(b)(2) and Local Civil Rule 72.1(c)(2); and upon consideration of those objections, if any; and the Court finding that the Report and Recommendation is neither clearly erroneous nor contrary to law; and for good cause shown:

**IT IS** on this __6th__ day of _____August_____ 2025,

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Defendants Andrew Foster and Genesis 8 Holdings LLC, and nonparty Abraham Foster are held in **CONTEMPT OF COURT**; and it is further

**ORDERED** that within **fourteen (14) days** from the date of this Order, Plaintiff shall submit attorney billing records detailing the hourly rate paid and the amount of time spent on each relevant task, along with bills from each of the third-party process servers that it seeks to recover; and it is further

**ORDERED** that Defendants and Genesis 8 Holdings LLC shall pay Plaintiff's reasonable attorneys' fees and costs, in an amount to be determined, in connection with Plaintiff's efforts to enforce judgment against Defendants; and it is further

**ORDERED** that a bench warrant be issued for Defendant Andrew Foster and nonparty Abraham Foster's arrest and civil confinement until such time as they purge their contempt.

*Christine A. O'Hearn*
CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE

2