# EXHIBIT A

**GROSSMAN LLP FEES – TIMEKEEPER BREAKDOWN**
**NOVEMBER 29, 2023, THROUGH AUGUST 6, 2025**

*Artwide International H.K. Limited v. Foster et al.*,
**Case 1:22-cv-06417 (CPO) (EAP)**

| ATTORNEY | TITLE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Judd B. Grossman | Partner | 15.6 | $1,500 / $1,200 | $19,470.00 |
| Webster D. McBride | Counsel | 41.0 | $895 / $825 | $36,197.00 |
| Maria Angela Brusco | Associate | 56.5 | $650 | $36,725.00 |
| Jacqueline M. Jakimowicz | Associate | 32.9 | $450 | $14,805.00 |
| **TOTAL** | | **146.0** | | **$107,197.00** |