# EXHIBIT B

# Report Summary

**Total Amount**

**$107,197.00**

**Total Hours**

**146**

## Report Results

| Client : Matter | Description | User | Billing Date | Hrs | Amount |
|---|---|---|---|---|---|
| Artwide: Foster | Attention to post-judgment discovery requests. | Webster D. McBride | 11/29/2023 | 0.1 | $82.50 |
| Artwide: Foster | Drafting post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 11/29/2023 | 0.6 | $390.00 |
| Artwide: Foster | Drafting post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 11/30/2023 | 0.4 | $260.00 |
| Artwide: Foster | Drafting post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 12/4/2023 | 0.2 | $130.00 |
| Artwide: Foster | Drafting post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 12/6/2023 | 0.2 | $130.00 |
| Artwide: Foster | Drafting post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 12/11/2023 | 0.5 | $325.00 |
| Artwide: Foster | Attention to post-judgment discovery requests. | Webster D. McBride | 12/12/2023 | 0.4 | $330.00 |
| Artwide: Foster | Reviewing and revising post-judgment discovery requests. | Judd Grossman | 12/12/2023 | 1.4 | $1,680.00 |
| Artwide: Foster | Reviewing and revising post-judgment discovery requests. | Webster D. McBride | 12/13/2023 | 1.3 | $1,072.50 |
| Artwide: Foster | Revising post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 12/13/2023 | 0.4 | $260.00 |
| Artwide: Foster | Revising post-judgment discovery requests, including requests for the production of documents, information subpoenas, and notices of deposition. | Maria Brusco | 12/14/2023 | 0.8 | $520.00 |
| Artwide: Foster | Reviewing and revising post-judgment discovery requests. | Webster D. McBride | 12/14/2023 | 3.2 | $2,640.00 |
| Artwide: Foster | Serving post-judgment discovery requests. | Webster D. McBride | 12/15/2023 | 0.1 | $82.50 |
| Artwide: Foster | Drafting affidavits of service of post-judgment discovery requests. | Webster D. McBride | 12/20/2023 | 1 | $825.00 |
| Artwide: Foster | Revising affidavits of service of post-judgment discovery requests. | Webster D. McBride | 12/22/2023 | 0.3 | $247.50 |

| Artwide: Foster | Attention to affidavits of service. | Webster D. McBride | 1/3/2024 | 0.1 | $87.50 |
|---|---|---|---|---|---|
| Artwide: Foster | Revising affidavits of service of post-judgment discovery requests. | Maria Brusco | 1/17/2024 | 0.1 | $65.00 |
| Artwide: Foster | Revising and filing affidavits of service of post-judgment discovery. | Webster D. McBride | 1/19/2024 | 0.9 | $787.50 |
| Artwide: Foster | Researching procedure for bank account attachment. | Maria Brusco | 1/23/2024 | 0.1 | $65.00 |
| Artwide: Foster | Attention to attachment papers. | Webster D. McBride | 1/30/2024 | 0.2 | $175.00 |
| Artwide: Foster | Researching procedure for bank account attachment. | Maria Brusco | 1/30/2024 | 0.1 | $65.00 |
| Artwide: Foster | Researching procedure for bank account attachment. | Maria Brusco | 2/15/2024 | 0.9 | $585.00 |
| Artwide: Foster | Preparing attachment papers. | Webster D. McBride | 2/16/2024 | 0.7 | $612.50 |
| Artwide: Foster | Drafting motion to compel/sanctions; researching procedure for completing writs of execution. | Maria Brusco | 3/7/2024 | 1.6 | $1,040.00 |
| Artwide: Foster | Reviewing and revising affi davits and writs of execution. | Judd Grossman | 3/7/2024 | 1.2 | $1,440.00 |
| Artwide: Foster | Drafting motion to compel/sanctions | Maria Brusco | 3/8/2024 | 2.6 | $1,690.00 |
| Artwide: Foster | Attention to writs of execution. | Webster D. McBride | 3/8/2024 | 0.2 | $175.00 |
| Artwide: Foster | Drafting motion to compel and for sanctions. | Maria Brusco | 3/11/2024 | 2.9 | $1,885.00 |
| Artwide: Foster | Revising and finishing draft of motion for sanctions and to compel. | Maria Brusco | 3/12/2024 | 5.3 | $3,445.00 |
| Artwide: Foster | Working with US Marshals and Serving by Irving re: service of writs of execution. | Maria Brusco | 3/13/2024 | 0.9 | $585.00 |
| Artwide: Foster | Attention to motion for sanctions. | Webster D. McBride | 3/13/2024 | 0.4 | $350.00 |
| Artwide: Foster | Preparing motion for sanctions. | Maria Brusco | 3/22/2024 | 0.2 | $130.00 |
| Artwide: Foster | Preparing motion for sanctions. | Maria Brusco | 3/26/2024 | 0.6 | $390.00 |
| Artwide: Foster | Revising motion to compel. | Maria Brusco | 3/27/2024 | 2 | $1,300.00 |

| Artwide: Foster | Revising motion to compel. | Webster D. McBride | 3/27/2024 | 3.4 | $3,043.00 |
|---|---|---|---|---|---|
| Artwide: Foster | Revising motion to compel. | Maria Brusco | 4/2/2024 | 0.3 | $195.00 |
| Artwide: Foster | Researching and drafting motion for contempt conference. | Webster D. McBride | 4/4/2024 | 1.1 | $984.50 |
| Artwide: Foster | Researching and drafting motion for contempt conference. | Webster D. McBride | 4/5/2024 | 0.8 | $716.00 |
| Artwide: Foster | Preparing motion for contempt. | Maria Brusco | 4/5/2024 | 0.3 | $195.00 |
| Artwide: Foster | Preparing motion for contempt. | Maria Brusco | 4/11/2024 | 0.2 | $130.00 |
| Artwide: Foster | Preparing motion for contempt. | Maria Brusco | 4/12/2024 | 0.8 | $520.00 |
| Artwide: Foster | Preparing motion for contempt. | Maria Brusco | 4/16/2024 | 0.3 | $195.00 |
| Artwide: Foster | Revising motion to include Instagram screenshots. | Maria Brusco | 4/18/2024 | 1.1 | $715.00 |
| Artwide: Foster | Preparing motion for contempt; researching protocol for freezing assets. | Maria Brusco | 4/19/2024 | 3.7 | $2,405.00 |
| Artwide: Foster | Researching and drafting motion for contempt conference and writs of execution. | Webster D. McBride | 4/19/2024 | 1.8 | $1,611.00 |
| Artwide: Foster | Reviewing and revising motion for contempt conference. | Judd Grossman | 4/26/2024 | 2.1 | $2,520.00 |
| Artwide: Foster | Revising motion for contempt. | Maria Brusco | 4/22/2024 | 2.7 | $1,755.00 |
| Artwide: Foster | Preparing mailings of motion for contempt. | Maria Brusco | 4/23/2024 | 1.1 | $715.00 |
| Artwide: Foster | Mailing bank account freeze requests. | Maria Brusco | 4/24/2024 | 0.5 | $325.00 |
| Artwide: Foster | Reviewing and revising motion for contempt conference. | Judd Grossman | 4/26/2024 | 1.4 | $1,680.00 |
| Artwide: Foster | Revising motion for contempt. | Maria Brusco | 4/26/2024 | 2.1 | $1,365.00 |
| Artwide: Foster | Revising and circulating updated draft of motion for contempt. | Maria Brusco | 4/28/2024 | 0.1 | $65.00 |
| Artwide: Foster | Revising and circulating updated draft of motion for contempt. | Maria Brusco | 4/29/2024 | 0.6 | $390.00 |

| Artwide: Foster | Reviewing and revising motion for contempt conference. | Webster D. McBride | 4/29/2024 | 3 | $2,685.00 |
|---|---|---|---|---|---|
| Artwide: Foster | Editing motion for contempt and recirculating. | Maria Brusco | 4/30/2024 | 0.5 | $325.00 |
| Artwide: Foster | Reviewing and revising motion for contempt conference. | Judd Grossman | 5/1/2024 | 3.2 | $3,840.00 |
| Artwide: Foster | Revising motion for contempt. | Maria Brusco | 5/1/2024 | 2.2 | $1,430.00 |
| Artwide: Foster | Revising motion for contempt. | Maria Brusco | 5/2/2024 | 2.9 | $1,885.00 |
| Artwide: Foster | Preparing motion to hold in contempt and for sanctions. | Webster D. McBride | 5/2/2024 | 0.3 | $268.50 |
| Artwide: Foster | Finalizing and filing motion for contempt. | Maria Brusco | 5/3/2024 | 1.3 | $845.00 |
| Artwide: Foster | Preparing motion to hold in contempt and for sanctions. | Webster D. McBride | 5/3/2024 | 2.3 | $2,058.50 |
| Artwide: Foster | Preparing mailing of motion for contempt. | Maria Brusco | 5/6/2024 | 2.5 | $1,625.00 |
| Artwide: Foster | Preparing mailing of motion for contempt. | Maria Brusco | 5/7/2024 | 0.5 | $325.00 |
| Artwide: Foster | Preparing and mailing motion for contempt. | Maria Brusco | 5/8/2024 | 0.7 | $455.00 |
| Artwide: Foster | Preparing and mailing motion for contempt. | Maria Brusco | 5/15/2024 | 0.4 | $260.00 |
| Artwide: Foster | Preparing and mailing motion for contempt. | Maria Brusco | 5/16/2024 | 0.2 | $130.00 |
| Artwide: Foster | Drafting affidavit of mailing. | Maria Brusco | 5/23/2024 | 0.8 | $520.00 |
| Artwide: Foster | Preparing affidavit of service of motion for contempt of court and for sanctions. | Webster D. McBride | 5/23/2024 | 0.3 | $268.50 |
| Artwide: Foster | Drafting affidavit of mailing for service of motion for contempt. | Maria Brusco | 5/29/2024 | 0.2 | $130.00 |
| Artwide: Foster | Revising, finalizing, and filing affidavit of service. | Webster D. McBride | 5/30/2024 | 0.7 | $626.50 |
| Artwide: Foster | Reviewing Court order. | Maria Brusco | 6/4/2024 | 0.5 | $325.00 |
| Artwide: Foster | Reviewing the Court's June 4, 2024, Order; preparing and serving the Court's June 4, 2024, Order upon Defendants. | Maria Brusco | 6/5/2024 | 1.9 | $1,235.00 |

| | | | | | |
|---|---|---|---|---|---|
| Artwide: Foster | Drafting affidavit of service. | Maria Brusco | 6/6/2024 | 0.9 | $585.00 |
| Artwide: Foster | Drafting and filing affidavit of service of June 4 Order. | Webster D. McBride | 6/6/2024 | 0.3 | $268.50 |
| Artwide: Foster | Tracking service mailing. | Maria Brusco | 6/20/2024 | 0.4 | $260.00 |
| Artwide: Foster | Preparing for the Court's June 27, 2024, Show Cause hearing. | Maria Brusco | 6/26/2024 | 0.2 | $130.00 |
| Artwide: Foster | Preparing for hearing before Magistrate Judge Pascal. | Webster D. McBride | 6/27/2024 | 5.2 | $4,654.00 |
| Artwide: Foster | Preparing for the Court's June 27, 2024, Show Cause hearing. | Maria Brusco | 6/27/2024 | 0.6 | $390.00 |
| Artwide: Foster | Drafting notices of deposition and effecting serving upon Defendants. | Maria Brusco | 7/1/2024 | 1.2 | $780.00 |
| Artwide: Foster | Drafting notices of deposition and effecting serving upon Defendants. | Maria Brusco | 7/2/2024 | 0.7 | $455.00 |
| Artwide: Foster | Drafting affidavit of service; conferring with WM. | Maria Brusco | 7/8/2024 | 0.8 | $520.00 |
| Artwide: Foster | Finalizing affidavit of service of Order to Show Cause. | Webster D. McBride | 7/8/2024 | 0.4 | $358.00 |
| Artwide: Foster | Finalizing affidavit of service of the Court's June 27, 2024, Order to Show Cause upon Defendants. | Maria Brusco | 7/9/2024 | 0.7 | $455.00 |
| Artwide: Foster | Filing affidavit of service of the Court's June 27, 2024, Order to Show Cause upon Defendants. | Maria Brusco | 7/10/2024 | 0.1 | $65.00 |
| Artwide: Foster | Preparing for July 30, 2024, Court hearing before Magistrate Judge Pascal on Plf's Order to Show Cause. | Maria Brusco | 7/16/2024 | 1.2 | $780.00 |
| Artwide: Foster | Preparing for hearing before Magistrate Judge Pascal. | Webster D. McBride | 7/16/2024 | 0.5 | $447.50 |
| Artwide: Foster | Preparing for July 30, 2024, Court hearing before Magistrate Judge Pascal on Plf's Order to Show Cause. | Maria Brusco | 7/22/2024 | 0.1 | $65.00 |
| Artwide: Foster | Preparing for July 30, 2024, Court hearing before Magistrate Judge Pascal on Plf's Order to Show Cause. | Maria Brusco | 7/29/2024 | 0.5 | $325.00 |
| Artwide: Foster | Preparing for hearing before Magistrate Judge Pascal. | Webster D. McBride | 7/29/2024 | 1 | $895.00 |
| Artwide: Foster | Preparing for July 30, 2024, Show Cause hearing. | Judd Grossman | 6/26/2024 | 2.6 | $3,120.00 |
| Artwide: Foster | Preparing for July 30, 2024, Court hearing before Magistrate Judge Pascal on Plf's Order to Show Cause. | Maria Brusco | 7/30/2024 | 0.3 | $195.00 |

| Artwide: Foster | Appearing for Show Cause hearing. | Judd Grossman | 6/26/2024 | 1.2 | $1,440.00 |
|---|---|---|---|---|---|
| Artwide: Foster | Reviewing past filings on docket and outstanding motion. | Jacquie Jakimowicz | 2/28/2025 | 0.3 | $135.00 |
| Artwide: Foster | Researching and drafting letter to Magistrate Judge. | Jacquie Jakimowicz | 3/3/2025 | 1.5 | $675.00 |
| Artwide: Foster | Researching and drafting court-ordered letter. | Jacquie Jakimowicz | 3/17/2025 | 0.3 | $135.00 |
| Artwide: Foster | Attention to draft letter. | Webster D. McBride | 3/25/2025 | 0.2 | $179.00 |
| Artwide: Foster | Researching and drafting court-ordered letter. | Jacquie Jakimowicz | 3/27/2025 | 1.2 | $540.00 |
| Artwide: Foster | Researching and drafting court-ordered letter. | Jacquie Jakimowicz | 3/28/2025 | 0.5 | $225.00 |
| Artwide: Foster | Revising letter to court. | Webster D. McBride | 3/31/2025 | 0.7 | $626.50 |
| Artwide: Foster | Revising court-ordered letter. | Jacquie Jakimowicz | 4/1/2025 | 1 | $450.00 |
| Artwide: Foster | Reviewing and revising court-ordered letter. | Judd Grossman | 4/1/2025 | 1.1 | $1,650.00 |
| Artwide: Foster | Revising letter to court. | Webster D. McBride | 4/2/2025 | 2 | $1,790.00 |
| Artwide: Foster | Finalizing and filing court-ordered letter. | Jacquie Jakimowicz | 4/3/2025 | 1.4 | $630.00 |
| Artwide: Foster | Researching D.N.J. precedent re: sanctions awards in preparation for court-ordered letter; reviewing procedural posture. | Jacquie Jakimowicz | 4/14/2025 | 1 | $450.00 |
| Artwide: Foster | Researching D.N.J. precedent re: sanctions awards in preparation for court-ordered letter; reviewing procedural posture. | Jacquie Jakimowicz | 4/15/2025 | 0.2 | $90.00 |
| Artwide: Foster | Drafting court-ordered letter. | Jacquie Jakimowicz | 4/17/2025 | 0.7 | $315.00 |
| Artwide: Foster | Drafting court-ordered letter; reviewing procedural posture in preparation for drafting. | Jacquie Jakimowicz | 4/23/2025 | 2.8 | $1,260.00 |
| Artwide: Foster | Drafting court-ordered letter. | Jacquie Jakimowicz | 4/24/2025 | 2 | $900.00 |
| Artwide: Foster | Drafting letter to court and client certification. | Webster D. McBride | 4/24/2025 | 0.3 | $268.50 |
| Artwide: Foster | Revising court-ordered letter and client declaration. | Jacquie Jakimowicz | 4/29/2025 | 1.9 | $855.00 |

| Artwide: Foster | Revising court-ordered letter and client declaration; researching D.N.J. precedent re: attorneys' fees awards and bench warrants issuances. | Jacquie Jakimowicz | 4/30/2025 | 3.9 | $1,755.00 |
|---|---|---|---|---|---|
| Artwide: Foster | Drafting letter to court and supporting certification re:sanctions. | Webster D. McBride | 4/30/2025 | 1.8 | $1,611.00 |
| Artwide: Foster | Revising client declaration and court-ordered letter; researching D.N.J. precedent re: attorneys' fees awards and bench warrants issuances. | Jacquie Jakimowicz | 5/1/2025 | 3.9 | $1,755.00 |
| Artwide: Foster | Reviewing and revising court-ordered letter. | Judd Grossman | 5/1/2025 | 1.4 | $2,100.00 |
| Artwide: Foster | Revising client declaration; finalizing court-ordered letter; researching D.N.J. precedent re: attorneys' fees awards and bench warrant issuances; filing letter. | Jacquie Jakimowicz | 5/2/2025 | 6.7 | $3,015.00 |
| Artwide: Foster | Researching, revising, and finalizing letter to court proposing sanctions and detailing efforts to enforce judgment. | Webster D. McBride | 5/2/2025 | 5.7 | $5,101.50 |
| Artwide: Foster | Reviewing docket status. | Jacquie Jakimowicz | 6/25/2025 | 0.1 | $45.00 |
| Artwide: Foster | Drafting update letter to Court. | Jacquie Jakimowicz | 6/30/2025 | 1 | $450.00 |
| Artwide: Foster | Reviewing the Court's July 21, 2025, Report and Recommendation; updating client. | Jacquie Jakimowicz | 7/21/2025 | 0.7 | $315.00 |
| Artwide: Foster | Preparing and serving Report and Recommendation on Defendants; drafting affidavit of service of Report and Recommendation. | Jacquie Jakimowicz | 7/22/2025 | 1.2 | $540.00 |
| Artwide: Foster | Reviewing Report and Recommendation; revising affidavit of service. | Webster D. McBride | 7/22/2025 | 0.3 | $268.50 |
| Artwide: Foster | Revising affidavit of service of Report and Recommendation. | Jacquie Jakimowicz | 7/23/2025 | 0.3 | $135.00 |
| Artwide: Foster | Filing affidavit of service of Report and Recommendation. | Jacquie Jakimowicz | 7/24/2025 | 0.3 | $135.00 |