**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**ARTWIDE INTERNATIONAL H.K.**
**LIMITED**,

          Plaintiff,

    v.

**ANDREW FOSTER**, *et al.*,

          Defendants.

Civil Action No. 1:22-cv-6417 (CPO-EAP)

**ORDER**

---

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court by way of a Certification for Attorneys' Fees, (ECF No. 51); and

**WHEREAS**, this Court's August 6, 2025 Order, (ECF No. 50), ordered that Defendants Andrew Foster and Genesis 8 Holdings LLC pay Plaintiff's reasonable attorneys' fees and costs; and

**WHEREAS**, for the reasons stated on the record during the August 25, 2025, hearing, the Court shall award Plaintiff $54,910.52 in attorneys fees and $2,624.03 in costs and expenses; therefore

**IT IS** on this 25th day of August, 2025,

**ORDERED** that Defendants Andrew Foster and Gensis 8 Holdings LLC shall pay Plaintiff's attorneys fees in the amount of $54,910.52 and costs and expenses in the amount of $2624.03. The Clerk of the Court shall mail a copy of this Order to Defendants via USPS and via email at drew@gen8holdings.com.

**CHRISTINE P. O'HEARN**
**United States District Judge**

2