# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                    **DATE OF PROCEEDINGS:** 8/25/25

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER**: Meta Goddard

                                                    **DOCKET NO.** 1:22-cv-6417 (CPO-EAP)

**TITLE OF CASE:**

ARTWIDE INTERNATIONAL H.K. LIMITED

        vs.

ANDREW FOSTER

**APPEARANCES:**
Judd B. Grossman, Esquire for Plaintiff

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Defendant failed to appear.
Hearing on Plaintiff's request for attorney's fees, ECF No. 50, 51.
Plaintiff's request for attorney fee's is GRANTED. Order to be entered.


Time Commenced:     11:30am
Time Adjourned:     11:40am
**Total Time:**     **10 Minutes**

                                        *s/ Haley Minix*
                                        DEPUTY CLERK