

**GROSSMAN** LLP
ATTORNEYS AT LAW

745 Fifth Avenue, 5th Floor, New York, NY 10151
T. 646-770-7445   F. 646-417-7997

GROSSMANLLP.COM

Writer's Direct Dial No.
(646) 770-7445

Writer's Email Address
jgrossman@grossmanllp.com

September 2, 2025

**VIA ECF**

Honorable Christine P. O'Hearn
United States District Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, New Jersey  08101

> **Re:   *Artwide International H.K. Limited v. Foster et al.,*
> Case 1:22-cv-06417 (CPO) (EAP)**

Dear Judge O'Hearn,

We write on Plaintiff's behalf under Rule VI of your Honor's Judicial Preferences and Local Civil Rule 5.3(c) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey to respectfully request that Plaintiff's August 20, 2025, fee application be removed from temporary seal.  (Dkt. 51.)

Respectfully submitted,

Judd B. Grossman