AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| ARTWIDE INTERNATIONAL H.K. LIMITED <br> v. <br><br><br> _____ <br> *Defendant* | )<br>)<br>)<br>)<br>)<br>)    Case No. |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Date: _____

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:            Weight:

Sex:            Race:

Hair:            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| **ARTWIDE INTERNATIONAL H.K. LIMITED,** | **Civil No. 22-6417 (CPO/EAP)** |
| **Plaintiff,** | |
| **v.** | |
| **ANDREW FOSTER, et al.,** | |
| **Defendants.** | |

## ORDER

This matter having come before the Court *sua sponte* by way of Plaintiff's May 2, 2025 letter seeking a finding of contempt, ECF No. 45; and the Court having held two on-the-record show-cause hearings on June 27, 2024, and July 30, 2024, ECF Nos. 35, 40; and the Court having directed Defendants and non-party Abraham Foster to file a written response to the March 4, 2025 Order to Show Cause; and Defendants and nonparty Abraham Foster having failed to appear for either hearing or to respond to the March 4, 2025 Order to Show Cause; and the Court having considered the Report and Recommendation of United States Magistrate Judge Elizabeth A. Pascal, submitted pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified of their right to serve objections within fourteen (14) days, pursuant to Federal Rule of Civil Procedure 72(b)(2) and Local Civil Rule 72.1(c)(2); and upon consideration of those objections, if any; and the Court finding that the Report and Recommendation is neither clearly erroneous nor contrary to law; and for good cause shown:

**IT IS** on this __6th__ day of _____August_____ 2025,

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Defendants Andrew Foster and Genesis 8 Holdings LLC, and nonparty Abraham Foster are held in **CONTEMPT OF COURT**; and it is further

**ORDERED** that within **fourteen (14) days** from the date of this Order, Plaintiff shall submit attorney billing records detailing the hourly rate paid and the amount of time spent on each relevant task, along with bills from each of the third-party process servers that it seeks to recover; and it is further

**ORDERED** that Defendants and Genesis 8 Holdings LLC shall pay Plaintiff's reasonable attorneys' fees and costs, in an amount to be determined, in connection with Plaintiff's efforts to enforce judgment against Defendants; and it is further

**ORDERED** that a bench warrant be issued for Defendant Andrew Foster and nonparty Abraham Foster's arrest and civil confinement until such time as they purge their contempt.

CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE