

# TOWERS LAW

**Cristian Towers, Esq.**
Admitted N.J., P.A. & District of N.J.

1812 Berlin Road        Tel: 856.438.5685        cristian@towerslaw.net
Cherry Hill, NJ 08003    Fax: 856.438.5686        www.towerslaw.net

July 17, 2026

**VIA PACER & E-Mail (njdnef_ohearn@njd.uscourts.gov)**
Hon. Christine P. O'Hearn
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

Re:    **Artwide International H.K., Limited v Andrew Foster et al.**
       Case No.: 1:22-cv-06417

Dear Judge O'Hearn:

I represent non-party, Abraham Foster, in the limited scope of resolving the contempt Order entered against him by Your Honor in the above captioned matter (DKT# 59). In that regard, I have assisted Mr. Foster in providing a document response to Plaintiff's counsel. Mr. Foster has made great efforts to comply with the Plaintiff's discovery demands and will continue to provide the requested information as it becomes available. Mr. Foster will also make himself available for deposition should Plaintiff's counsel pursue that measure of discovery. I have sought Plaintiff's counsel's consent to rescind the current civil contempt warrant against Mr. Foster as my client has now complied with the outstanding discovery demanded of him. However, as Your Honor can see in Mr. Webster's letter, he is of the opinion that my client is also responsible to produce the discovery responses for the Defendants. (See Webster letter dated 7/14/26 attached hereto) I have corresponded further with Plaintiff's counsel requesting that he identify with specificity what numeric request remains deficient, but I have yet to receive any further response. (See email attached hereto) I sent a letter to Mr. Grossman, on 7/15/26 wherein I enclosed additional discovery responses from Mr. Abraham and requested that he consent to have the civil warrant rescinded. I again received no response. (See letter attached hereto)

My client was unaware of the Orders entered in these proceedings until very recently. His son had indicated that this matter was civil in nature, that it didn't involve him and he could ignore the mail that was coming to his address. None of the correspondence directed to my client came from the Court, including the civil contempt Order. The mailings were all sent by Plaintiff's lawyer, so he had no knowledge of the contempt.

My client is hoping to attend his niece's wedding in Jamaica on August 1st whereupon he is meant to escort her down the aisle as her father is deceased. Since he

Hon. Christine P. O'Hearn
**Artwide International H.K., Limited v Andrew Foster et al.**
July 17, 2026
Page Two

discovered this warrant, he has made good faith efforts to comply with Plaintiff's discovery demands and shall continue to do so. I made every effort to avoid involving Your Honor, but it would seem that Plaintiff's counsel wishes my client to serve as some type of discovery gathering agent. I do not believe that was the intent of Your Honor's Order and Plaintiff's counsel has refused to relent in his position. Should Your Honor wish to have Abraham Foster appear before the court to address any aspect of his prior non-compliance or satisfying any outstanding issue, I would certainly appear with him to assist in addressing the same. My hope is that the contempt order be rescinded as it relates to my client so he might be able to attend his niece's wedding. I respectfully request that Your Honor have a member of your staff contact my office to advise.

Should you have any questions or concerns with regard to this matter, please do not hesitate to contact me at any time. Thank you for Your Honor's time and consideration.

Respectfully,

Cristian Towers, Esq.

Enclosures
CC: Mr. Judd Grossman, Esq. (via PACER & e-mail)
    Mr. Abraham Foster (via e-mail)



**GROSSMAN LLP**

ATTORNEYS AT LAW

745 Fifth Avenue, 5th Floor, New York, NY 10151
T. 646-770-7445   F. 646-417-7997

GROSSMANLLP.COM

Writer's Direct Dial No.
(646) 770-7445

Writer's Email Address
wmcbride@grossmanllp.com

July 14, 2026

**VIA EMAIL**

Cristian Towers, Esq.
Towers Law
1812 Berlin Road
Cherry Hill, New Jersey  08003
cristian@towerslaw.net

>      Re:   *Artwide International H.K. Limited v. Foster et al.,*
>           **Case 1:22-cv-06417 (CPO) (EAP)**

Dear Mr. Towers,

We received your package of documents ostensibly comprising Abraham Foster's response to Plaintiff's December 14, 2023, subpoena duces tecum. That production is insufficient, as it provides the wrong information. While your client has sent information pertaining to himself, he has failed to produce any information pertaining to Defendants Andrew Foster and Genesis 8 Holdings LLC, as the subpoena expressly requests. Based on the information we have, your client has the practical ability to obtain the requested information from his son, and if your client does not already have it, he should email his son now, copying us, attaching our document requests, and explaining the circumstances. Only once we have been copied on that email and receive your client's supplemental production could we possibly discuss your request. And in the meantime, Plaintiff reserves all rights.

Very truly yours,

Webster D. McBride

**cristian@towerslaw.net**

| | |
|---|---|
| **From:** | cristian@towerslaw.net |
| **Sent:** | Tuesday, July 14, 2026 6:05 PM |
| **To:** | 'Judd Grossman' |
| **Cc:** | 'Webster McBride'; 'Karin Amir'; amanda@towerslaw.net |
| **Subject:** | RE: Artwide International v Andrew Foster |

Mr. Grossman,

I am in receipt of your letter regarding my client's discovery response being, "insufficient, as it provides the wrong information." Kindly provide me with precisely which requests you deem to be deficient by number and advise how you deem them to be deficient. I will certainly endeavor to have my client provide thorough responses to the discovery demands. However, if you are characterizing the responses as being insufficient merely because they do not include documents pertaining to his son or his son's company, my client cannot provide that which he does not possess or have authorization or ability to obtain. Furthermore, if you are suggesting that my client has dominion over his adult son or that he should become some agent for the Plaintiff in collecting and/or transmitting information, I believe that exceeds the scope of the arrest warrant. I am hoping that is not your position. If Mr. Foster has neglected to produce documents or information that was sought of him that is within his control to provide, kindly articulate the numeric request you deem to be deficient and the basis of your belief. I will then endeavor to have the deficiency corrected immediately. Thank you for your prompt attention and response. Cristian

***Cristian M. Towers, Esq.***
Law Offices of Cristian Towers
1812 Berlin Rd.
Cherry Hill, NJ 08003
(856)-438-5685
(856)438-5686 (fax)

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.

**From:** cristian@towerslaw.net <cristian@towerslaw.net>
**Sent:** Tuesday, July 14, 2026 4:04 PM
**To:** 'Judd Grossman' <jgrossman@grossmanllp.com>
**Cc:** 'Webster McBride' <wmcbride@grossmanllp.com>; 'Karin Amir' <kamir@grossmanllp.com>; amanda@towerslaw.net
**Subject:** RE: Artwide International v Andrew Foster

Good afternoon, Mr. Grossman. Could you kindly update me on where things stand? Thank you.

***Cristian M. Towers, Esq.***
Law Offices of Cristian Towers
1812 Berlin Rd.
Cherry Hill, NJ 08003

1

 **TOWERS LAW**

**Cristian Towers, Esq.**
Admitted N.J., P.A. & District of N.J.

1812 Berlin Road          Tel: 856.438.5685          cristian@towerslaw.net
Cherry Hill, NJ 08003     Fax: 856.438.5686          www.towerslaw.net

July 15, 2026

**VIA Priority Mail**
Mr. Judd B. Grossman, Esq.
The Fuller Building
595 Madison Avenue – 34th Floor
New York, NY  10022

    Re: **Artwide International H.K., Limited v Andrew Foster et al.**
       Case No.: 1:22-cv-06417

Dear Mr. Grossman:

  As you know, I represent non-party, Abraham Foster, in the limited scope of resolving the contempt Order against him in the above captioned matter. Enclosed please find my client's additional documents in accordance with hi answers to your Notice to Produce. Kindly advise if you will now consent to have the civil arrest warrant rescinded. As you know, my client can only be responsible to produce those documents either in his possession or that he is authorized to reasonably obtain.

  Should you have any questions or concerns with regard to this matter, please do not hesitate to contact me at any time. Thank you for your time and immediate attention to this matter.

        Very truly yours,

        Cristian Towers, Esq.

CMT:ab
Enclosures
CC: Abraham Foster (letter only via email)