**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTWIDE INTERNATIONAL H.K. LIMITED, | Case No. 1:22-cv-06417 |
| *Plaintiff*, | **[PROPOSED] ORDER** |
| -against- | |
| ANDREW FOSTER and GENESIS 8 HOLDINGS LLC, | |
| *Defendants*. | |

WHEREAS on December 18, 2023, Plaintiff personally served non-party Abraham Foster with a Subpoena to Testify at a Deposition in a Civil Action (ECF 21);

WHEREAS at a July 28, 2026, telephonic status conference, the Court directed Mr. Foster to appear for his deposition by a date certain;

**IT IS** this __th day of **July 2026**:

**ORDERED** that Abraham Foster shall appear for an in-person deposition on September 2, 2026, at 10:00 a.m. at the Mitchell H. Cohen Building & U.S. Courthouse; and it is further

**ORDERED** that Mr. Foster's deposition shall not be adjourned without leave of Court; and it is further

**ORDERED** that Mr. Foster's non-compliance with this Order will likely result in sanctions, including a finding of contempt.

_____
HON. ELIZABETH A. PASCAL
United States Magistrate Judge