**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| **ARTWIDE INTERNATIONAL H.K. LIMITED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ANDREW FOSTER, et al.,**<br><br>**Defendants.** | **Civil No. 22-6417 (CPO/EAP)** |

**ORDER**

**WHEREAS**, on December 18, 2023, Plaintiff personally served non-party Abraham Foster with a Subpoena to Testify at a Deposition in a Civil Action (ECF No. 21); and

**WHEREAS**, at a July 28, 2026 telephonic status conference, the Court directed Mr. Foster to appear for his deposition by a date certain; therefore,

**IT IS** this **29th** day of **July 2026**,

**ORDERED** that Abraham Foster shall appear for an in-person deposition on **September 2, 2026, at 10:00 a.m.** at the **Mitchell H. Cohen Building & U.S. Courthouse**;[1] and it is further

**ORDERED** that Abraham Foster's deposition is court-ordered and shall not be adjourned without leave of Court; and it is further

---

[1] The Court acknowledges the parties' dispute over the location of Abraham Foster's non-party deposition but finds that Plaintiff, as the party noticing the deposition, has the right to select the deposition's location, so long as it complies with Federal Rule of Civil Procedure 45(c)(1). *See State Nat'l Ins. Co. v. Cnty. of Camden*, No. 08-5128, 2010 WL 2719810, at *4 (D.N.J. June 30, 2010) (noting that a court has "considerable discretion" in determining the place of a deposition under Rule 45); *Luther v. Kia Motors Am., Inc.*, No. 08-386, 2009 WL 1727909, at *1 (W.D. Pa. June 18, 2009) ("As a general rule, the party seeking discovery determines where the deposition will take place"). Counsel shall contact the Clerk's Office to reserve a room in the courthouse for the deposition.

**ORDERED** that Abraham Foster's non-compliance with this Order will likely result in sanctions, including a finding of contempt; and it is further

**ORDERED** that, based on Abraham Foster's compliance with the conditions set forth in the Court's July 28, 2026 Order, ECF No. 63, the Undersigned respectfully **RECOMMENDS** that the Court's August 6, 2025 Order directing the issuance of a bench warrant against Abraham Foster, ECF No. 50, and that the arrest warrant against Abraham Foster, ECF No. 57, be withdrawn.

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Christine P. O'Hearn, U.S.D.J.

2