**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

**ARTWIDE INTERNATIONAL H.K. LIMITED**,

        *Plaintiff*,

    v.

**ANDREW FOSTER**, *et al.*,

        *Defendants*.

No. 22-cv-06417


**ORDER**

---

    **THIS MATTER** comes before the Court by way of its previous Orders holding Defendants Andrew Foster and Genesis 8 Holdings LLC and nonparty Abraham Foster (collectively, "Defendants") in civil contempt and issuing a bench warrant for their arrest. (ECF Nos. 50, 59). Those Orders were based on the Report and Recommendation of United States Magistrate Judge Elizabeth A. Pascal, (ECF No. 47), which certified findings that the Defendants had repeatedly failed to comply with post-judgment discovery requests and orders of the Court; and

    **WHEREAS**, Abraham Foster seeks relief from the contempt order and to have the bench warrant lifted for the purpose of traveling abroad on or about August 1, 2026, to attend a family event. (ECF No. 60); and

    **WHEREAS**, Abraham Foster has purged his contempt by complying with Plaintiff's discovery requests and orders of the Court and execution of the bench warrant is no longer necessary, (*see* ECF No. 68); therefore,

    **IT IS HEREBY** on this 30th day of July, 2026, for good cause shown,

    **ORDERED** that the Orders directing the issuance of a bench warrant for Abraham Foster and the bench warrant for Abraham Foster, (ECF Nos. 50, 57, 59), are hereby **WITHDRAWN;**

and it is further

ORDERED that the United States Marshal's Service, and any person acting under their

authority, shall be directed not to arrest Abraham Foster.

**CHRISTINE P. O'HEARN**
**United States District Judge**

2